UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GENE P. WISE, *et al.*,

    Defendants

Case No. 05-cv-4099-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This Court having dismissed this case for the government's failure to prosecute,

**IT IS ORDERED AND ADJUDGED** that all claims by United States of America against defendants Gene P. Wise, Stephanie Wise, Jack Wise, Unknown Heirs and Devisees of Normal Wise, Farm Credit Services of Illinois, PCA, as successor to Farm Credit Services of Southeastern Illinois, PCA, H & R Accounts, as assignee of Pioneer Hi-Bred International, Inc., and Waterway, AG, Inc., in this case, are **DISMISSED with prejudice**.

DATE: December 18, 2006

**NORBERT G. JAWORSKI, CLERK**

By:s/Deborah Agans, Deputy Clerk

APPROVED: s/ J. Phil Gilbert
           **J. PHIL GILBERT**
           **U.S. District Judge**